**RECEIVED JUN 0 5 2017** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

FORM B104 (08/07)      2007 USBC, Central District of California

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Bruce Greenfield | Hon. Ming Chin; Hon. Carol Corrigan; Hon. Mariano Cuellar; Hon. Goodwin Liu Hon. Leondra Kruger Hon Kathryn Werdeger |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>1524 Thornhill Avenue    Telephone No.<br>Westlake Village, CA 91361    (818) 312-5700 | **ATTORNEYS** (If Known)<br>Sarah L. Overton, Esq. - Cummings, McClorey, Davis, et. al.<br>3801 University Avenue Suite 560<br>Riverside, CA 92501 telephone number (951) 276-4420 |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

To obtain court order which states: 12/11/07 sanctions order was "discharged" (and) Supreme Court order dated 4/27/16 is "invalid"

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ [2] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ [1] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 300,000.00 |

**Other Relief Sought**

For resolution of issues re: "discharged" 12/11/07 judgment (and) state bar restitution order dated 12/15/15 (and) California Supreme Court order dated 4/27/16 is "invalid"

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR** <br> Bruce Greenfield | | **BANKRUPTCY CASE NO.** <br> 1:12-14013-MB |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Martin Barash |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| **PLAINTIFF** <br> Bruce Greenfield | **DEFENDANT** <br> The Honorable Tani Cantil-Sakayue | **ADVERSARY PROCEEDING NO.** <br> 1:16-ap-01029-MB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Martin Barash |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** <br> *Bruce Greenfield* | | |
| **DATE** <br> 6/5/17 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Bruce Greenfield | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.



FILED
JUN 05 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**BRUCE GREENFIELD**
c/o 1524 Thornhill Avenue
Westlake Village, CA 91361
telephone/fax (818) 312-5700

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Greenfield          Plaintiff<br>     vs.<br><br>Honorable Ming Chin;<br>Honorable Carol Corrigan;<br>Honorable Mariano Cuellar;<br>Honorable Goodwin Liu;<br>Honorable Leondra Kruger;<br>Honorable Kathryn Werdeger<br><br>               Defendants * | Adversary Complaint No. _____<br><br>Chapter 7 Bankruptcy Case No. 12-14013-MB<br><br>**ADVERSARY COMPLAINT** |

<u>Declaratory Relief (only)</u>

(no injunction requested)

(no "judicial" immunity)

<u>California Supreme Court Case No. 232190</u>

against California Supreme Court justices *

(no monetary damages alleged by plaintiff)

This [revised] complaint * is necessary to obtain ruling of the bankruptcy court re: restitution order since the prior judgment re: legal fees was discharged <u>and</u> invalidly entered - (as) <u>not</u> supported by <u>payment</u> of those legal fees by Gerald Davis (Chap. 7 Trustee for Solutions Media) to his attorneys [which <u>violates</u> 11 U.S.C. Section 525] - by requiring payment of <u>discharged debt</u> - as condition of reinstatement of plaintiff's professional license - which is <u>improper</u> - (Weir vs. Calif. Supreme Ct.) <u>and</u> restitution of <u>non</u>-existent out of pocket expenses <u>exceeds jurisdiction</u> of CA Supreme Court *

Dated: June 5, 2017

_____
Bruce Greenfield

1 | 4/27/16 ruling by California Supreme Court requires: as condition of reinstatement to active status;
2 | payment of $75,000 to Gerald Davis, Ch. 7 Trustee (and) $10,000 to his counsel Robert M. Steele.
3 | Mr. Davis never paid Mr. Steele the $10,000 sanctions portion of Mr. Steele's $50,000 final fees.
4 | Mr. Steele accepted $40,000 - and released Mr. Davis of any obligation - to pay sanctions portion.
5 | Davis never paid any of Mr. Rudolph's $150,000 fees (and no state bar judgment re: Mr. Rudolph)
6 | and state bar orders (awarded only to Davis/Steele) were discharged - (In re Griffin 491 B.R. 602).
7 |
8 | Plaintiff requests bankruptcy court declaration - the "restitution" order has been "waived/satisfied"
9 | and erroneously ordered on 12/15/15 by state bar court which erroneously ordered reimbursement
10 | of chapter 7 trustee's legal fees which were never paid to his attorneys - thus; no expenses incurred
11 | and the restitution order issued by the Supreme Court in 4/27/16 order is not required to be "paid"
12 | since there is no person or entity which respondent was purportedly ordered - to "reimburse" - (as)
13 | Mr. Steele abandoned any claim to the foregoing (unpaid) legal fees (by waiving any such claims)
14 | in exchange for approval by the bankruptcy court of final fee application(s) - re: Solutions Media -
15 | which constitutes waiver of an attorney's unpaid legal fees - see - Pony vs. County of Los Angeles.
16 |
17 | Plaintiff requests an order granting Motion to Re-Open Debtor's Ch. 7 Case No. 1:12-14013-MB
18 | (which requests the same relief) - as the foregoing - Adversary Complaint for Declaratory Relief.
19 | [Although Mr. Davis is not a party to this adversary action] - since Mr. Davis asserts "immunity"
20 | as former chapter 7 trustee for debtor Solutions Media, Inc. (Bankruptcy Case No. 00-10592-M7);
21 | the plaintiff requests the court declare $300,000 sum * ordered by Judge Tighe - not required to be
22 | reimbursed (pursuant to 12/15/15 restitution order) as Mr. Davis never paid Mr. Rudolph any fees;
23 | and **reversal** by this court of the invalid 4/27/16 restitution order * is binding upon ("non-parties")
24 | and the 12/15/15 order by state bar court for costs to be paid by respondent should be modified and
25 | each party and non-party shall bear their own costs (notwithstanding state bar asserts "immunity").
26 |
27 | (see Weir vs. State Bar) *
    |     23 Cal. 3d 564
28 | [$300,000 with 10% interest] *

*Bruce Greenfield*
_____
Bruce Greenfield

<u>Declaration of Service</u>

    I, the undersigned declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18. My "mailing" address is 1524 Thornhill Ave. Westlake Village, CA

    On June 5, 2017 - I served the following document:

ADVERSARY COMPLAINT

Cummings, McClorey Davis & Acho
3801 University Ave. Suite 560
Riverside, CA 92501

Attn: Sarah L. Overton

_X_  BY MAIL:  I placed a copy in a sealed envelope on 6/5/17

I declare under penalty of perjury under laws of State of Calif. and United States of America foregoing is true and correct; and declaration executed June 5, 2017 at Westlake Village, CA.

*Bruce Greenfield*
_____
Bruce Greenfield